## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL DAVID ANDREA,

                    Plaintiff,                  JUDGMENT IN A CIVIL CASE

     v.

                                           Case No. 18-cv-222-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael David Andrea remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 8/30/2018 |
| Peter Oppeneer, Clerk of Court | Date |